FRANK MANN *vs.* JOHN A. PEER.

*Foreign Attachment—Corporation—Garnishee; How Attached—Answer—Certificate of Stock Held and Owned—Statute.*

The statute, which contemplates the attachment of shares of stock, is complied with when a certificate is obtained from the proper officer of the corporation. The garnishee has answered when it gives the certificate provided for by the law.

(*March 4, 1903.*)

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*Victor B. Woolley* for plaintiff.

*J. Harvey Whiteman* for garnishee.

Superior Court, New Castle County, February Term, 1903.

FOREIGN ATTACHMENT CASE IN DEBT (No. 127, November Term, 1902). Plea of *Nulla bona.*

The sheriff's return upon the writ of foreign attachment was as follows:

"On the twentieth day of November, A. D. 1902, laid the within writ in the hands of Burke L. Rossberg, President of 'The American Artificial Leg Company,' and summoned it as garnishee, and garnishee fee paid; and at the same time left with the said Burke L. Rossberg, as president of the said The American Artificial Leg Company, a certified copy of the said process and attached 400 shares of the capital stock of the said The American Artificial Leg Company, held and owned by the said defendant, and then received from the said Burke L. Rossberg, president as aforesaid, a certificate of the number of shares held and owned by the said debtor, in the said company attached, which certificate is herewith returned; so answers

"SAMUEL A. McDANIEL,
"*Sheriff.*"

The certificate attached to the writ set forth, "that John A. Peer, the above named defendant, as appears by the books of The American Artificial Leg Company, on November the twentieth, A. D. one thousand nine hundred and two, held and owned four hundred (400) shares of the capital stock of the said company. The certificate representing the said four hundred (400) shares being certificate No. 56."

*Query:* Must the corporation in whose hands the attachment was laid answer as garnishee, or is the signing of a certificate and the return of the same by the sheriff a full compliance with the statute and is it an effectual attachment?

*Per Curiam:*—The statute contemplates the attachment of shares of stock, and it is complied with when a certificate is obtained from the proper officer of the corporation. The garnishee has answered when it gives the certificate, provided for by the law, and this, we understand, is all the plaintiff wants.

*Mr. Whiteman*:—We ask leave to withdraw the plea of *nulla bona*.

LORE, C. J.:—You have leave to withdraw it.